IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH F. BEHOUNEK,

    Plaintiff,

v.                                                            1:20-cv-00405-MV-LF

MICHELLE LUJAN GRISHAM, et al.,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on May 7, 2020.  Doc. 14.  The proposed findings notified plaintiff of his ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  To date, plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 14) are ADOPTED;

2. Plaintiff's request for an *ex parte* temporary restraining order contained in his First Amended Complaint (Doc. 11) is DENIED.

_____
UNITED STATES DISTRICT JUDGE